No. 650. INTERNATIONAL BOXING CLUB OF NEW YORK, INC., ET AL. *v.* UNITED STATES. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Kenneth C. Royall* and *John F. Caskey* for the Madison Square Gar-

den Corporation et al., and *Charles Sawyer* for the International Boxing Club, Inc., of Illinois, et al., appellants. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States.